```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 24549
   JAMAL CALVIN
                                           CHAPTER 13

                                           JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3575


------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
      The case was filed on 06/30/2004 and was confirmed 10/05/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 11/19/2007.
------------------------------------------------------------------
   CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------
   WELLS FARGO BANK NA      CURRENT MORTG        .00           .00            .00
   WELLS FARGO BANK NA      MORTGAGE ARRE   13384.40           .00       13384.40
   CAPITAL ONE              UNSECURED       NOT FILED          .00            .00
   LINEGARGER GOGGAN BLAIR  UNSECURED       NOT FILED          .00            .00
   PEOPLES GAS LIGHT & COKE UNSECURED         191.74           .00         191.74
   RJM AQUISITIONS FUNDING  FILED LATE        114.44           .00            .00
   ZALUTSKY & PINSKI LTD    DEBTOR ATTY     2,694.00                     2,694.00
   TOM VAUGHN               TRUSTEE                                        934.71
   DEBTOR REFUND            REFUND                                         595.15

        Summary of Receipts and Disbursements:
------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------
   TRUSTEE              17,800.00

   PRIORITY                                       .00
   SECURED                                  13,384.40
   UNSECURED                                   191.74
   ADMINISTRATIVE                            2,694.00
   TRUSTEE COMPENSATION                        934.71
   DEBTOR REFUND                               595.15
                       --------------       --------------
   TOTALS              17,800.00            17,800.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 24549 JAMAL CALVIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/28/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```